IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Julian Lopez Gurrola,<br><br>    Defendant. | DOCKET NO. 1:06-cr-00260-LTH-DHL-1<br><br>**ORDER TRANSFERRING SUPERVISED RELEASE TO DISTRICT OF ARIZONA**<br>[F.R.C.P. Rules 20(a), 21(b) and 32.1(a)(4)] |

IT IS HEREBY ORDERED, pursuant to Fed.R. of Crim.Proc, Rules 20(a), 21(b) and 32.1(a)(4), that jurisdiction over the petition to revoke Supervised Release filed in this Court April 24, 2007, be transferred to the United States District Court, District of Arizona (Tucson Division) for admission and disposition by that Court.

This Order is based upon the following findings:

1. Defendant Julian Lopez Gurrola was sentenced by this Court on February 6, 2007 on one count of False Statements, 18 U.S.C. 1001, to a term of five (5) months incarceration to be followed by a term of two (2) years supervised release. The term of supervision commenced on March 7, 2007.

2. On April 24, 2007, a petition to revoke was filed in this Court, alleging violation of supervised release. This Court issued a warrant for Julian Lopez Gurrola's arrest on April 24, 2007

3. Julian Lopez Gurrola was arrested October 7, 2008 in Tucson, Arizona and is being held and is present in the District of Arizona, pending removal to the Western District of

1

North Carolina in proceedings in the U.S. District Court, District of Arizona, docket No. CR-08-01770M.

4. Julian Lopez Gurrola (a) wishes to admit the allegation against him, (b) waives venue and evidentiary hearing in the Western District of North Carolina where the warrant was issued, and (c) consents to transfer of the petition to revoke to the District of Arizona for disposition where he was arrested, and is being held and is present.

5. Jill Westmoreland Rose, Assistant United States Attorney, (Western District of North Carolina) and Michael LoGalbo, Assistant United States Attorney (District of Arizona) both approve of the waiver of venue and admission hearing and disposition in the District of Arizona and stipulate to transfer of the Supervised Release and petition to revoke to the District of Arizona.

6. Transfer is made to the District of Arizona for the convenience of the parties and witnesses, and in the interests of justice.

Date: 2-19-09 _____
UNITED STATES DISTRICT COURT JUDGE